No. 02–11333.  LEE v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.  ▮

No. 02–11334.  JOYCE v. EASLEY, GOVERNOR OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 02–11335.  ALVARADO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–11336.  BUSANET v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 02–11337.  BANKS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 02–11338.  BANKS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–11339.  ALCARAZ-TORRES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–11340.  YOUNG v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–11341.  WOLVIN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–11342.  CUNDIFF v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 02–11343.  DEWBRE v. HALL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–11344.  STEWART v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 02–11345.  MARTIN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–11346.  RHODES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 02–11347.  CUMMINGS v. YUKINS, WARDEN.  C. A. 6th Cir.  Certiorari denied.